**<u>UNPUBLISHED</u>**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2504**

———————

ANN M. BEATY,

                              Plaintiff - Appellant,

        versus

THE PALMETTO BANK,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Margaret B. Seymour, District Judge.
(CA-99-1271-6-24AK)

———————

Submitted:  March 20, 2001          Decided:  April 2, 2001

———————

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ann M. Beaty, Appellant Pro Se.  Stephen Clay Keim, EDWARDS,
BALLARD, BISHOP, STURM, CLARK & KEIM, Spartanburg, South Carolina,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ann M. Beaty appeals the district court's orders granting Defendant's Fed. R. Civ. P. 12(b)(6) motion and denying her Fed. R. Civ. P. 59(e) motion in her civil action in which she alleges claims of employment discrimination based upon disability. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm both orders on the reasoning of the district court. <u>Beaty v. Palmetto Bank</u>, No. CA-99-1271-6-24AK (D.S.C. Sept. 13 & Oct. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>